FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 7 2025
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-4144 KWR |
| ) | |
| vs. ) | Count 1:  18 U.S.C. § 4: Misprision |
| ) | of a Felony; |
| **JOSHUA WATKINS,** ) | |
| **JAYMES FAGE,** and ) | Counts 2-3:  18 U.S.C. § 1001(a)(2): |
| **AUSTIN BEGAY,** ) | False Statements or Representations; |
| ) | |
| Defendants. ) | Counts 4-5:  18 U.S.C. § 1512(b)(1): |
| ) | Witness Tampering. |

## INDICTMENT

The Grand Jury charges:

### Count 1

Beginning on or about January 1, 2021, and continuing to the present, in San Juan County, in the District of New Mexico, and elsewhere, the defendants, **JOSHUA WATKINS**, **JAYMES FAGE**, and **AUSTIN BEGAY**, having knowledge of the actual commission of a felony, to wit: a federal felony offense of murder in the first degree in Indian Country, did conceal the same and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

In violation of 18 U.S.C. § 4.

### Count 2

On or about December 21, 2021, in San Juan County, in the District of New Mexico, the defendant, **JAYMES FAGE**, did willfully and knowingly make a materially false, fictitious and fraudulent statement in a matter within the jurisdiction of the executive branch of the

Government of the United States, by stating that A.E. had given **FAGE**, **BEGAY**, and Z.S. a ride in A.E.'s mother's vehicle to L.H.'s house on July 21, 2020, when in fact A.E. did not transport **FAGE**, **BEGAY**, or Z.S. to that location and instead transported them from the Journey Inn in Farmington, New Mexico, to a different location.

In violation of 18 U.S.C. § 1001(a)(2).

### Count 3

On or about December 21, 2021, in San Juan County, in the District of New Mexico, the defendant, **AUSTIN BEGAY**, did willfully and knowingly make a materially false, fictitious and fraudulent statement in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating that A.E. had given **BEGAY** and **FAGE** a ride in A.E.'s mother's vehicle to L.H.'s house on July 21, 2020, and stating that Z.S. was not in the vehicle, when in fact A.E. had transported **BEGAY**, **FAGE**, and Z.S. to a different location.

In violation of 18 U.S.C. § 1001(a)(2).

### Count 4

On or about between January 1, 2021, to December 31, 2021, in San Juan County, in the District of New Mexico, the defendant, **JOSHUA WATKINS**, knowingly attempted to intimidate, threaten and corruptly persuade John Doe 1 with the intent to influence, delay, and prevent John Doe 1 from communicating to a law enforcement officer information relating to the commission of a federal offense, that is, first degree murder in Indian Country.

In violation of 18 U.S.C. § 1512(b)(1).

### Count 5

On or about between January 1, 2024, to December 31, 2024, in San Juan County, in the District of New Mexico, the defendant, **JAYMES FAGE**, knowingly attempted to intimidate,

threaten and corruptly persuade A.E. with the intent to influence, delay, and prevent A.E. from communicating to a law enforcement officer information relating to the commission of a federal offense, that is, first degree murder in Indian Country.

In violation of 18 U.S.C. § 1512(b)(1).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney