# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen, United States Magistrate Judge

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | CR 25-4144 KWR | UNITED STATES vs. WATKINS, et al | |
| Hearing Date: | November 21, 2025 | Time In and Out: | 9:34-9:38 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Joshua Watkins, Jaymes Fage | Defendant's Counsel: | Nicholas Hart, Alicia LaPado |
| AUSA: | Robert Neal | Pretrial/Probation: | |
| Interpreter: | | Witness: | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendants received a copy of charging document
- ☒ Defendants questioned re: time to consult with attorney regarding penalties
- ☒ Defendants waive reading of Superseding Indictment
- ☒ Defendants enter a Not Guilty plea
- ☐ Motions due by:
- ☐ Parties agree Standing Discovery Order to be electronically entered ☒ Discovery Order previously entered ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Riggs
- ☐ Trial will be scheduled by presiding judge    ☒ Trial currently set
- ☐ Defendant waives right to contest detention
- ☐

## Custody Status

- ☒ Defendants previously detained
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.